## PETER H. SCHWABA
### *v.*
## STATE OF ILLINOIS.

*Opinion filed December 17, 1914.*

NON-LIABILITY OF STATE—*Alling v. State ante followed.* This claim is similar to that of *Alling* v. *State, supra,* and the law as applicable to that claim, applies to this claim.

Thomas F. Burke, for Claimant.

P. J. Lucey, Attorney General, and Arthur R. Roy, Assistant Attorney General, for State.

The claim in this case is the same as that of *Alling* v. *State,* in which an opinion was rendered at the October Term, 1914, with the exception, that the injuries received by claimant in this case were not so serious.

Claimant was a clerk in the office of Alling and was injured at the same time as Alling.

For the reasons set forth in the *Alling case,* this claim is rejected.